


**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** <br> **Plaintiff,** <br> **v.** <br> **JESSE PARRA,** <br> **Defendant.** | ) | **NO. 5:22-cr-00181-SSS-1** <br><br> **ORDER OF DETENTION AFTER HEARING** <br><br> **[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)]** |

The defendant having been arrested in Glendale, California pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

\\

\\

\\

A. (X) The defendant has not met the defendant's burden of establishing that the defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's lack of housing or bail resources, the defendant's failure to proffer any evidence to meet the defendant's burden on this issue; the defendant's new arrest while on supervised release; and the defendant's history of multiple failures to appear

and

B. (X) The defendant has not met the defendant's burden that the defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's failure to proffer any evidence to meet the defendant's burden on this issue and history of substance abuse.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: August 26, 2024

HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE